1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10 HARVEY EUGENE LARSON,

11          Plaintiff,             No. CIV S-08-0938 FCD JFM P

12     vs.

13 GONZALES, et al.,

14         Defendants.      <u>ORDER</u>

15 _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by

18 defendants.  The alleged violations took place in Kern County, which is part of the Fresno

19 Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule

20 3-120(d).

21         Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22 the proper division of a court may, on the court's own motion, be transferred to the proper

23 /////

24

25     [1]  On May 7, 2008, plaintiff filed a certificate of funds in his inmate trust account and a
certified copy of his inmate trust account statement.  Plaintiff has not, however, filed a complete
26 application to proceed in forma pauperis.

1  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

2  court.

3          Good cause appearing, IT IS HEREBY ORDERED that:

4          1.  This action is transferred to the United States District Court for the Eastern

5  District of California sitting in Fresno; and

6          2.  All future filings shall reference the new Fresno case number assigned and

7  shall be filed at:

8          United States District Court
           Eastern District of California
9          2500 Tulare Street
           Fresno, CA 93721

10

11  DATED: May 29, 2008.

12

13                                  _____
                                    UNITED STATES MAGISTRATE JUDGE

14

15  /kc
    lars0938.22fn

16

17

18

19

20

21

22

23

24

25

26